**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00712-CV

---

## E. JAVIER LOYA; EJ LOYA, LLC; AND KIVANC DIKMEN, Appellants

## V.

## JOHN  F.  KLOSEK, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-89073**

---

### MEMORANDUM  OPINION

This is an appeal from an interlocutory order denying arbitration signed September 29, 2020. *See* Tex, Civ. Prac. & Rem. Code Ann. 171.098(a)(1). On May 7, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.